Joseph E. Addiego III (CA State Bar No. 169522)
Sam N. Dawood (CA State Bar No. 178862)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:  (415) 276-6500
Facsimile:   (415) 276-6599
Email:        joeaddiego@dwt.com
                  samdawood@dwt.com

Attorneys for Defendants
EQUILON ENTERPRISES, LLC and
SHELL OIL PRODUCTS COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RIVER INSURANCE COMPANY, an Ohio Corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TIMEC COMPANY, INC., a Texas Corporation, EQUILON ENTERPRISES, LLC, a Delaware Limited Liability Company, SHELL OIL PRODUCTS COMPANY, a Delaware Limited Liability Company, KEN WARD, an individual resident of California, and DOES 1-20,<br><br>　　　　　Defendants. | Case No. C 12-0243 SC<br><br>**SECOND STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed:  January 13, 2012 |

WHEREAS, on January 13, 2012, Plaintiff JAMES RIVER INSURANCE COMPANY ("James River") filed its Complaint herein.

WHEREAS on January 30, 2012, James River served Summons & Complaint on Defendants TIMEC COMPANY, INC. ("Timec"), EQUILON ENTERPRISES, LLC ("Equilon"), and SHELL OIL PRODUCTS COMPANY ("Shell").

WHEREAS, pursuant to Federal Rules of Civil Procedure 12(a), each of Timec's, Equilon's and Shell's individual responses to James River's Complaint herein originally were due on or before February 21, 2012.

WHEREAS, on February 15, 2012, defendants Timec, Equilon, and Shell filed a Stipulation Regarding Extension of Time to Respond to Complaint, by which James River granted

1

a short two week extension of time to March 6, 2012 for Timec, Equilon, and Shell to respond to the Complaint, and that extension of time did not alter the date of any event or deadline already fixed by Court order.

WHEREAS, defendants Timec, Equilon, and Shell have requested a second short extension of time to March 21, 2012 to respond to the Complaint to give the parties additional time to consider whether it is appropriate to stipulate to hold this case in abeyance pending resolution of the matter entitled *Kent Ward v. Equilon Enterprises, LLC,* United States District Court case no. CV 09-04565RS (the *Ward* lawsuit), which is pending in this District. Such extension of time will not alter the date of any event or deadline already fixed by Court order.

IT IS HEREBY STIPULATED by and among James River, Timec, Equilon, and Shell, by and through their respective counsel, as follows:

1. Pursuant to Civil Local Rule 6-1(a) of the Northern District of California, the time period by which defendants Timec, Equilon, and Shell may respond to the Complaint shall be extended up to and including March 21, 2012.

2. Pursuant to Section X of Northern District of California General Order 45, counsel for Equilon and Shell attests that it has obtained concurrence in the filing of this document from Anne O'Niell, counsel for James River, and John E. Feeley, counsel for Timec, on March 1, 2012.

**IT IS SO STIPULATED.**

DATED this 5th day of March, 2012.



Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By:  /s/ Joseph E. Addiego III
     Joseph E. Addiego III

Attorneys for Defendants
EQUILON ENTERPRISES, LLC and SHELL OIL PRODUCTS COMPANY

DAVIS WRIGHT TREMAINE LLP

<div style="margin-left:2em">

HINSHAW & CULBERTSON LLP

By: /s/  Anne O'Niell
    Anne O'Niell

Attorneys for Plaintiff
JAMES RIVER INSURANCE COMPANY

SMITH SMITH & FEELEY LLP

By: /s/  John E. Feeley
    John E. Feeley

Attorneys for Defendant
TIMEC COMPANY, INC

</div>

DAVIS WRIGHT TREMAINE LLP