Anne D. O'Niell (SBN 120948)
Maria S. Quintero (SBN 223629)
Hinshaw & Culbertson LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone: (415) 362-6000
Facsimile: (415) 834-9070
aoniell@hinshawlaw.com
mquintero@hinshawlaw.com

Attorneys for Plaintiff
James River Insurance Company

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RIVER INSURANCE COMPANY, an Ohio Corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>TIMEC COMPANY, INC., a Texas Corporation, EQUILON ENTERPRISES, LLC, a Delaware Limited Liability Company, SHELL OIL PRODUCTS COMPANY, a Delaware Limited Liability Company, KENT WARD, an individual resident of California, and DOES 1-20,<br><br>            Defendants. | Case No. CV 12-00243 SC<br><br>**STIPULATION FOR VOLUNTARY DISMISSALS AND ~~PROPOSED~~ ORDER**<br><br>**FRCP 41 (a)(1)**<br><br>Complaint Filed: January 13, 2012<br>Assigned to Hon. Samuel Conti |

TO THE COURT AND ALL ATTORNEYS OF RECORD:

Plaintiff, James River Insurance Company ("James River") and defendants Timec Company, Inc., Equilon Enterprises, LLC, and Shell Oil Products Company, by and through their undersigned counsel, hereby stipulate that the claims stated against each of these defendants in the above-captioned complaint by Plaintiff James River shall be and are voluntarily dismissed by the plaintiff, without prejudice to its rights, pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1).

Plaintiff, James River, and defendant Kent Ward, an individual resident of California, by and through their undersigned counsel, hereby stipulate that the claims stated against Kent Ward in the above-captioned complaint by James River shall be and are voluntarily

dismissed by the plaintiff, with prejudice to its rights, pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1).

All of the parties to the captioned action further agree that each party shall bear its own fees and costs.

IT IS SO STIPULATED:

Dated: November 1, 2012                HINSHAW & CULBERTSON LLP

                                           /s/ Anne D. O'Niell
                                           Anne D. O'Niell
                                           Attorneys for Plaintiff, James River Insurance Company

Dated: November 1, 2012                DAVIS, WRIGHT, TREMAINE LLP

                                           /s/ Joseph E. Addiego III
                                           Joseph E. Addiego III
                                           Sam N. Dawood
                                           Attorneys for Defendants Equilon Enterprises and Shell Oil Products Co.

Dated: November 1, 2012                JONES, CLIFFORD, JOHNSON, ET AL

                                           /s/ Steger P. Johnson
                                           Steger P. Johnson
                                           J. Kevin Morrison
                                           Attorneys for Defendant Kent Ward

Dated: November 1, 2012                SMITH, SMITH & FEELEY LLP

                                           /s/ John E. Feeley
                                           John E. Feeley
                                           Attorneys for Defendant Timec Co.

### [~~PROPOSED~~] ORDER

Pursuant to the provisions of Rule 41(a)(1) of the Federal Rules Of Civil Procedure, and to the provisions of the foregoing stipulations of the parties, through their counsel of

record, it is hereby ORDERED that the captioned Complaint is dismissed without prejudice as to defendants Timec Company, Inc., Equilon Enterprises, LLC and Shell Oil Products Company, and it is further ORDERED that the captioned Complaint is dismissed with prejudice as to defendant Kent Ward, and that each party to this action shall bear its own fees and costs.

IT IS SO ORDERED

Date: __November 7__, 2012

_____
Hon. Samuel L.
Judge, United States District Court For
Northern District

*IT IS SO ORDERED*
*Judge Samuel Conti*

3203567v10907683