1  Anne D. O'Niell (SBN 120948)
   Maria S. Quintero (SBN 223629)
2  Hinshaw & Culbertson LLP
   One California Street, 18th Floor
3  San Francisco, CA 94111
   Telephone: (415) 362-6000
4  Facsimile: (415) 834-9070
   aoniell@hinshawlaw.com
5  mquintero@hinshawlaw.com

6  Attorneys for Plaintiff
   James River Insurance Company
7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  JAMES RIVER INSURANCE COMPANY, an  )  Case No. CV 12-00243 SC
    Ohio Corporation,                  )
11                                     )
                 Plaintiff,             )
12                                     )  **STIPULATION FOR VOLUNTARY**
         vs.                           )  **DISMISSALS AND ~~PROPOSED~~ ORDER**
13                                     )
    TIMEC COMPANY, INC., a Texas       )  **FRCP 41 (a)(1)**
14  Corporation, EQUILON ENTERPRISES, LLC, )
    a Delaware Limited Liability Company, SHELL )
15  OIL PRODUCTS COMPANY, a Delaware   )  Complaint Filed: January 13, 2012
    Limited Liability Company, KENT WARD, an )  Assigned to Hon. Samuel Conti
16  individual resident of California, and DOES 1- )
    20,                                )
17                                     )
                 Defendants.            )
18                                     )

19       TO THE COURT AND ALL ATTORNEYS OF RECORD:

20       Plaintiff, James River Insurance Company ("James River") and defendants Timec

21  Company, Inc., Equilon Enterprises, LLC, and Shell Oil Products Company, by and through

22  their undersigned counsel, hereby stipulate that the claims stated against each of these

23  defendants in the above-captioned complaint by Plaintiff James River shall be and are

24  voluntarily dismissed by the plaintiff, without prejudice to its rights, pursuant to the

25  provisions of Federal Rule of Civil Procedure 41(a)(1).

26       Plaintiff, James River, and defendant Kent Ward, an individual resident of California,

27  by and through their undersigned counsel, hereby stipulate that the claims stated against Kent

28  Ward in the above-captioned complaint by James River shall be and are voluntarily

dismissed by the plaintiff, with prejudice to its rights, pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1).

All of the parties to the captioned action further agree that each party shall bear its own fees and costs.

IT IS SO STIPULATED:

Dated:  November 1, 2012                        HINSHAW & CULBERTSON LLP


                                                __/s/ Anne D. O'Niell_____
                                                Anne D. O'Niell
                                                Attorneys for Plaintiff, James River Insurance Company


Dated:  November 1, 2012                        DAVIS, WRIGHT, TREMAINE LLP


                                                __/s/ Joseph E. Addiego III_____
                                                Joseph E. Addiego III
                                                Sam N. Dawood
                                                Attorneys for Defendants Equilon Enterprises and Shell Oil Products Co.


Dated:  November 1, 2012                        JONES, CLIFFORD, JOHNSON, ET AL


                                                __/s/ Steger P. Johnson_____
                                                Steger P. Johnson
                                                J. Kevin Morrison
                                                Attorneys for Defendant Kent Ward


Dated:  November 1, 2012                        SMITH, SMITH & FEELEY LLP


                                                __/s/ John E. Feeley_____
                                                John E. Feeley
                                                Attorneys for Defendant Timec Co.


### [~~PROPOSED~~] ORDER

Pursuant to the provisions of Rule 41(a)(1) of the Federal Rules Of Civil Procedure, and to the provisions of the foregoing stipulations of the parties, through their counsel of

record, it is hereby ORDERED that the captioned Complaint is dismissed without prejudice as to defendants Timec Company, Inc., Equilon Enterprises, LLC and Shell Oil Products Company, and it is further ORDERED that the captioned Complaint is dismissed with prejudice as to defendant Kent Ward, and that each party to this action shall bear its own fees and costs.

IT IS SO ORDERED

Date: __November 7__, 2012

_____
Hon. Samuel L.
Judge, United States District Court For
Northern District of California

*IT IS SO ORDERED*
*Judge Samuel Conti*

3203567v10907683